## RICHARD R. PALKIMAS *v.* RITA J. LAVINE

PALMER, J., did not participate in the consideration or decision of this petition.

*Richard H. G. Cunningham*, in support of the petition.

*John B. Farley, James V. Somers, John W. Dietz* and *Erik J. Ness*, in opposition.

Decided December 4, 2002

## A. AIUDI AND SONS, LLC *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE

The Supreme Court docket number is SC 16879.

*Peter J. Zagorsky*, in support of the petition.

*Edward T. Lynch, Jr.*, in opposition.

Decided December 4, 2002